UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA ARNETT-LANGLEY,

        Plaintiff,

                                                                                       Case Number 13-13611

v.                                                                             Honorable David M. Lawson

                                                                             Magistrate Judge Charles E. Binder

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**

      Presently before the Court is the report issued on October 29, 2014 by Magistrate Judge Charles E. Binder pursuant to 28 U.S.C. § 636(b), recommending that the Court grant the defendant's motion for summary judgment and deny the plaintiff's motion for summary judgment. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

      Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #19] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's motion for summary judgment [dkt. #13] is **DENIED.**

It is further **ORDERED** that the defendant's motion for summary judgment [dkt. #17] is **GRANTED.**

It is further **ORDERED** that the plaintiff's complaint [dkt. #1] is **DISMISSED WITH PREJUDICE.**

                                        s/David M. Lawson  
                                        DAVID M. LAWSON  
                                        United States District Judge

Dated:   November 18, 2014

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 18, 2014.

                        s/Susan Pinkowski  
                        SUSAN PINKOWSKI